**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | A.M. Castle & Co. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  See Rider 1 hereto |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 36-0879160 |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1420 Kensington Road**<br>**Suite 220**<br>**Oak Brook, IL 60523**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website (URL)**    www.castlemetals.com

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **A.M. Castle & Co.**                                              Case number (*if known*) _____
_____
Name

| | |
|---|---|
| 7. | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___ ___

| | |
|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ A plan is being filed with this petition.

■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | |

| | | | | |
|---|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |
| | | ■ Yes. |
| | List all cases. If more than 1, attach a separate list | |

| | | | |
|---|---|---|---|
| | Debtor | **See Attachment** _____ | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor   **A.M. Castle & Co.**                                   Case number (*if known*) _____
         <sub>Name</sub>

**11. Why is the case filed in this district?**   Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

---

█████  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☑ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | A.M. Castle & Co. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 18 / 2017
            MM / DD / YYYY

X _Patrick R. Anderson_                            Patrick R. Anderson
Signature of authorized representative of debtor   Printed name

Title   **Chief Financial Officer**

**18. Signature of attorney**

X _____                           Date  06 / 18 / 2017
Signature of attorney for debtor                          MM / DD / YYYY

Peter J. Keane
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 Market Street, 17th Floor**
**Wilmington, DE 19899**
Number, Street, City, State & ZIP Code

Contact phone   302-652-4100        Email address   pkeane@pszjlaw.com

**5503 DE**
Bar number and State

Debtor    __A.M. Castle & Co._____    Case number (*if known*) _____
                  Name

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number (*if known*) _____    Chapter    __11__ |

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **HY-Alloy Steels Company** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | Delaware | | When | | Case number, if known |
| Debtor | **Keystone Service, Inc.** | | | Relationship to you | **Affiliate** |
| District | Delaware | | When | | Case number, if known |
| Debtor | **Keystone Tube Company, LLC** | | | Relationship to you | **Affiliate** |
| District | Delaware | | When | | Case number, if known |
| Debtor | **Total Plastics, Inc.** | | | Relationship to you | **Affiliate** |
| District | Delaware | | When | | Case number, if known |

In re A.M. Castle & Co.                          Rider 1 to Petition

**All names used in last 8 years (include trade names)**

A.M. Castle & Co.
A.M. Castle & Co. (Canada) Inc
A.M. Castle & Co. (Singapore) Pte. Ltd.
A.M. Castle Metal Materials (Shanghai) Co., Ltd.
Castle Metals UK Limited
Castle Metals France
Castle Metals de Mexico, S.A. de C.V.
Total Plastics, Inc.
Advanced Fabricating Technology, LLC
Paramont Machine Company, LLC
A.M. Castle Metals UK, Limited
Depot Metal LLC
E. Harding & Sons Limited
K.K.S. (Stainless Steel) Co. Limited
LOKS Plasma Services Limited
Tiernay Metals Limited
Pacific Metals Company
Datamet, Inc.
Oliver Steel Plate Co.
Metal Express, LLC
Castle Metals® Aerospace
Castle Metals® Oil & Gas
Métaux Castle
H-A Industries®
Oliver® Steel Plate
Transtar Metals™
Tube Supply™
Tube Supply Canada™

**Official Form 201A (12/15)**
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
### District of Delaware

In re   **A.M. Castle & Co.** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

## Attachment to Voluntary Petition for Non-Individuals Filing for
## Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **1-5415**   .

2. The following financial data is the latest available information and refers to the debtor's condition on   **12/31/2016**   .

a. Total assets                                                                                    $          **329,328,000.00**

b. Total debts (including debts listed in 2.c., below)                          $          **329,328,000.00**

c. Debt securities held by more than 500 holders:

| | | | | | | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | | 0 |

d. Number of shares of preferred stock                                                 0                              0

e. Number of shares common stock                                        32,768,385                              0

   Comments, if any:

3. Brief description of Debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **W.B. & CO**
   **Osterweis Capital Management, LLC**
   **Royce & Associates, LP**
   **Stone House Capital Management, LLC**

# A.M. CASTLE & CO.

### Secretary's Certificate of Board of Director's Resolutions

I, Marec E. Edgar, do hereby certify that I am the Secretary of A.M. Castle & Co., a Maryland corporation (the "Company"), and that, as such, I am authorized to execute this certificate on behalf of the Company and do further certify that:

Attached hereto as Exhibit A is a true, correct and complete copy of all resolutions of the Board of Directors (the "Board") of the Company relating to the Plan of Reorganization and bankruptcy filing by the Company. All of the resolutions contained in Exhibit A have been duly adopted and ratified by the Board in accordance with its by-laws and the laws of the state of its incorporation, as compared by me with the original of such resolutions recorded in the minutes of the Company and the same have not in any way been modified, repealed or rescinded, but are in full force and effect and such resolutions are not inconsistent with the certificate of incorporation and the by-laws of the Company.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, I hereunto set my hand on this 6th day of June 2017.

Marec E. Edgar
Executive Vice President, General Counsel,
Secretary & Chief Administrative Officer

I, Samantha J. Cameron, the Corporate Governance and Compliance Manager of the Company do hereby certify that Marec E. Edgar is the duly appointed and incumbent Secretary of the Company as the date hereof.

Samantha J. Cameron

June 6, 2017



OFFICIAL SEAL
SAMANTHA J. CAMERON
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires October 17, 2017

# RESOLUTIONS

## OF THE BOARD OF DIRECTORS OF

## A.M. CASTLE & CO.

WHEREAS, the board of directors (the "Board") of A.M. Castle & Co. (the "Company") has considered the financial and operational aspects of the Company's business and the recommendations of the Company's management, professionals and advisors;

WHEREAS, the Board has previously authorized the Company to undertake a financial restructuring of its capital structure (the "Restructuring"), and approved a term sheet concerning the Restructuring (the "Restructuring Term Sheet");

WHEREAS, on April 6, 2017, the Company and certain of its secured creditors (the "Consenting Creditors") executed that certain *Restructuring Support Agreement* dated as of such date (the "Restructuring Support Agreement"), which incorporated the Restructuring Term Sheet; and

WHEREAS, consistent with the Restructuring Support Agreement and the Restructuring Term Sheet, the Company and the Consenting Creditors have negotiated the material terms of (i) management employment agreements with Steven W. Scheinkman, Patrick R. Anderson, Marec E. Edgar, and Ronald E. Knopp, as officers and key employees of the Company (the "Management Employment Agreements"), (ii) a chapter 11 plan of reorganization (the "Plan of Reorganization"), and (iii) a disclosure statement in support of the Plan of Reorganization (the "Disclosure Statement") for the Company in order to implement the Restructuring.

Approval of Management Employment Agreements

NOW THEREFORE, BE IT RESOLVED, that in the business judgment of the Board, it is desirable and in the best interests of the Company, its creditors, shareholders, and other interested parties, that the Management Employment Agreements in substantially the form presented to the Board are hereby ratified and approved, and the appropriate officers of the Company (the "Officers") are, and each of them is, authorized and directed in the name of and on behalf of the Company to negotiate, execute, and deliver, or cause to be executed and delivered, any and all such other documents, certificates, instruments, amendments, agreements, or modifications thereof;

Solicitation of Plan of Reorganization

RESOLVED FURTHER, that in the business judgment of the Board, it is desirable and in the best interests of the Company, its creditors, shareholders, and other interested parties, that the Officers be, and hereby are, authorized and empowered to implement the Restructuring Support Agreement, the Plan of Reorganization, and the Disclosure Statement in substantially the forms presented to the Board, which implementation is expected to include a prebankruptcy solicitation of the Company's secured creditors with respect to the Plan of Reorganization; and in connection

therewith, the Officers are hereby authorized and empowered to execute any appropriate agreements and related ancillary documents or to modify any such documents;

Commencement of Bankruptcy Case

RESOLVED FURTHER, that in the business judgment of the Board, it is desirable and in the best interests of the Company, its creditors, shareholders, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

RESOLVED FURTHER, that the Officers are, and each of them is, authorized and directed in the name of and on behalf of the Company, to execute and file on behalf of the Company, without need for further action by the Board, all petitions, schedules, lists and other papers or documents, including the Plan of Reorganization and the Disclosure Statement, and to take any and all action which they deem necessary or proper to obtain such relief under the Bankruptcy Code, including obtaining confirmation of the Plan of Reorganization and approval of the Disclosure Statement by the Bankruptcy Court and thereafter consummating the Plan of Reorganization; and that any such actions heretofore taken by the Officers on behalf of the Company are hereby ratified, approved, and confirmed;

RESOLVED FURTHER, that the Company's engagement of the law firm of Pachulski Stang Ziehl & Jones LLP as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing any pleading in the Bankruptcy Court, is hereby ratified and approved by the Board;

RESOLVED FURTHER, that the Company's execution of the retention agreements, payment of retainers, and the filing of an application for authority to retain the services of Pachulski Stang Ziehl & Jones LLP is hereby ratified and approved by the Board;

RESOLVED FURTHER, that the Company's engagement of additional professionals to represent and assist the Company in carrying out its duties under the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions, including but not limited to, Imperial Capital, LLC, as investment banker and financial advisor; Deloitte Tax LLP, as tax advisor; Deloitte & Touche LLP, as auditor; Kurtzman Carson Consultants LLC, as solicitation, balloting, and notice agent; and Fenwick & West LLP, as tax counsel is hereby ratified and approved by the Board;

RESOLVED FURTHER, that the Company's execution of retention agreements, payment of retainers, and the filing of applications for authority to retain the services of such additional professionals is hereby ratified and approved by the Board;

RESOLVED FURTHER, that the Officers be, and hereby are, authorized and empowered, to the extent necessary during the bankruptcy case, to obtain postpetition financing and use of cash collateral according to the terms negotiated, or to be negotiated, by the management of the Company; and in connection therewith, the Officers are hereby authorized and empowered to execute any appropriate agreements and related ancillary documents;

Omnibus Resolutions

RESOLVED FURTHER, that the Officers be, and hereby are, authorized and empowered, without need for further action by the Board, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as they, in their discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

| Fill in this information to identify the case: |
| --- |

Debtor name  A.M. Castle & Co.

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known): 17-_____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 35 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Timkensteel Corporation 28777 Network Place Chicago, IL  60673 | Timkensteel Corporation 28777 Network Place Chicago, IL  60673 cathy.haught@timkensteel.com | Inventory | | | | $2,466,905.92 |
| 2 | Huntington Alloys 75 Remittance Drive Ste 6489 Chicago, IL  60675 | Huntington Alloys 75 Remittance Drive Ste 6489 Chicago, IL  60675 dbias@specialmetals.com | Inventory | | | | $1,889,057.30 |
| 3 | The Boeing Company P.O. Box 277851 Atlanta, GA 30384 | The Boeing Company. P.O. Box 277851 Atlanta, GA 30384 | Inventory | | | | $997,421.71 |
| 4 | Arcelor Mittal 25465 Network Place Chicago, IL  60673 | Arcelor Mittal 25465 Network Place Chicago, IL  60673 | Inventory | | | | $712,066.80 |
| 5 | Nucor Steel Norfolk P.O. Box 809360 Chicago, IL 60680 | Nucor Steel Norfolk P.O. Box 809360 Chicago, IL 60680 | Inventory | | | | $574,791.74 |
| 6 | T Q Logistics, Inc. 3698 Largent Way Suite 104 Marietta, GA 30064 | T Q Logistics, Inc. 3698 Largent Way Suite 104 Marietta, GA 30064 susan@tqlogistics.com | Transportation | | | | $550,112.63 |

Debtor  A.M. Castle & Co.
_____
        Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 Arconic Inc. 7336 Solution Center Chicago, IL 60677 | Arconic Inc. 7336 Solution Center Chicago, IL 60677 | Inventory | | | | $505,535.99 |
| 8 SSAB North American Division 801 Warrenville Road Ste 800 Lisle, IL 60532 | SSAB North American Division 801 Warrenville Road Ste 800 Lisle, IL 60532 claudia.grimaldo@ssab.com | Inventory | | | | $359,517.13 |
| 9 Service Center Metals LLC P.O. Box 32142 New York, NY 10087 | Service Center Metals LLC P.O. Box 32142 New York, NY 10087 mike.hudes@scm-net.com | Inventory | | | | $303,829.44 |
| 10 Niagara Lasalle Corporation Po Box 84101 Chicago, IL  60689 | Niagara Lasalle Corporation Po Box 84101 Chicago, IL  60689 | Inventory | | | | $284,952.36 |
| 11 Magellan Corp. 3250 Solutions Center Chicago, IL  60677 | Magellan Corp. 3250 Solutions Center Chicago, IL  60677 abruggeman@e-magellan.com | Inventory | | | | $283,143.66 |
| 12 Dunkirk Specialty Steel, LLC P.O. Box 640595 Pittsburgh, PA 15264 | Dunkirk Specialty Steel, LLC P.O. Box 640595 Pittsburgh, PA 15264 c.neiport@univstainless.com | Inventory | | | | $282,172.45 |
| 13 High Performance Alloys P. O. Box 40 Tipton, IN 46072 | High Performance Alloys P. O. Box 40 Tipton, IN 46072 september.kirchner@hpalloy.com | Inventory | | | | $251,777.01 |

Debtor    A.M. Castle & Co.                                    Case number (if
          _____                 known)    _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Republic Steel 21349 Network Place Chicago, IL 60673 | Republic Steel 21349 Network Place Chicago, IL 60673 BBoynar@RepublicSteel.com | Inventory | | | | $212,990.32 |
| 15 Nucor Cold Finish Wisconsin 7200 S 6Th St Oak Creek, WI 51354 | Nucor Cold Finish Wisconsin 7200 S 6Th St Oak Creek, WI 51354 | Inventory | | | | $202,768.76 |
| 16 ATI Flat Rolled Products Dept Ch 14243 Palatine, IL 60055 | ATI Flat Rolled Products Dept Ch 14243 Palatine, IL 60055 cindy.schmidt@atimetals.com | Inventory | | | | $199,261.03 |
| 17 Universal Alloy Corp. P.O. Box 732418 Dallas, TX 75373 | Universal Alloy Corp. P.O. Box 732418 Dallas, TX 75373 | Inventory | | | | $198,636.05 |
| 18 Scot Forge Company P.O. Box 88085 Milwaukee, WI 53288 | Scot Forge Company P.O. Box 88085 Milwaukee, WI 53288 MSplitt@scotforge.com | Inventory | | | | $198,109.44 |
| 19 Raytrans Management 56 W. Maiden Street Washington, PA 15301 | Raytrans Management 56 W. Maiden Street Washington, PA 15301 gpaprocki@raytrans.com | Transportation | | | | $195,605.65 |
| 20 Nucor Steel Memphis Inc. 232339 Momentum Place Chicago, IL 60689 | Nucor Steel Memphis Inc. 232339 Momentum Place Chicago, IL 60689 | Inventory | | | | $192,747.11 |
| 21 Success Logistics, Inc. P.O. Box 2346 Kansas City, KS 66110 | Success Logistics, Inc. P.O. Box 2346 Kansas City, KS 66110 kcarlile@successntl.com | Transportation | | | | $166,164.45 |
| 22 Nelsen Steel Company P.O. Box 774545 Chicago, IL 60677 | Nelsen Steel Company P.O. Box 774545 Chicago, IL 60677 jfonseca@nelsensteel.com | Inventory | | | | $158,638.73 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 35 Largest Unsecured Claims (on a consolidated basis)    page 3
DOCS_SF:93631.2

Debtor   **A.M. Castle & Co.**
_____
Name

Case number (if known)
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23 DGI Supply 4830 Solution Center Chicago, IL 60677 | DGI Supply 4830 Solution Center Chicago, IL 60677 DSchnath@dgisupply.com | Warehouse Supplies | | | | $154,243.69 |
| 24 Gilbank Construction 301 Scot Drive Clinton, WI 53525 | Gilbank Construction 301 Scot Drive Clinton, WI 53525 Tel: 608-676-2261 Fax: 608-676-4971 | Equipment | | | | $150,278.00 |
| 25 Nucor Steel-Hertford City P.O. Box 752119 Charlotte, NC 28275 | Nucor Steel-Hertford City P.O. Box 752119 Charlotte, NC 28275 | Inventory | | | | $131,720.16 |
| 26 Schaffer Grinding 848 S. Maple Avenue Montebello, CA 90640 | Schaffer Grinding 848 S. Maple Avenue Montebello, CA 90640 cathy@schaffergrinding.com | Processor | | | | $117,020.10 |
| 27 TA Chen Intl' Corporation P.O. Box 31001-1209 Pasadena, CA 91110 | TA Chen Intl' Corporation P.O. Box 31001-1209 Pasadena, CA 91110 stainless_laar@tachen.com | Inventory | | | | $101,779.49 |
| 28 Drees Wood Products, Inc. 14003 Orange Avenue Paramount, CA 90723 | Drees Wood Products, Inc. 14003 Orange Avenue Paramount, CA 90723 Edward Drees | Rent | | | | $101,783.43 |
| 29 National Bronze & Metals PO Box 800818 Houston, TX 77280 | National Bronze & Metals PO Box 800818 Houston, TX 77280 Tel: 800-231-0771 Fax: 713-869-9124 | Inventory | | | | $92,808.39 |
| 30 Hammond 4527 Columbia LLC 4020 Kinross Lakes Pkwy Suite 200 Richfield, OH 44286 | Hammond 4527 Columbia LLC 4020 Kinross Lakes Pkwy Suite 200 Richfield, OH 44286 jmondel@irgra.com | Rent | | | | $90,374.28 |

Debtor  A.M. Castle & Co.
        Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 31 Nucor Steel Longview LLC 75 Remittance Dr. Ste 1412 Chicago, IL 60674 | Nucor Steel Longview LLC 75 Remittance Dr. Ste 1412 Chicago, IL 60674 | Inventory | | | | $87,681.94 |
| 32 Steel Dynamics, Inc. 36655 Treasury Center Chicago, IL 60694 | Steel Dynamics, Inc. 36655 Treasury Center Chicago, IL 60694 deb.walters@steeldynamics.com | Inventory | | | | $84,700.09 |
| 33 Pennex Aluminum CO LLC PO Box 643957 Cincinnati, OH 45264 | Pennex Aluminum CO LLC PO Box 643957 Cincinnati, OH 45264 bluchisan@pennexaluminum.com | Inventory | | | | $82,374.59 |
| 34 Roda Specialty Steel 200 Lexington Drive Buffalo Grove, IL | Roda Specialty Steel 200 Lexington Drive Buffalo Grove, IL Tel: (562) 633-3262 info@rodaspecialtysteel.com | Inventory | | | | $79,968.68 |
| 35 Veridiam, Inc. PO Box 8846 Chicago, IL 60680 | Veridiam, Inc. PO Box 8846 Chicago, IL 60680 AVega@veridiam.com | Inventory | | | | $79,273.60 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 35 Largest Unsecured Claims (on a consolidated basis)**    page 3
DOCS_SF:93631.2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| A.M. CASTLE & CO., | Case No. 17-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐None [*check if applicable*]

Name:      W.B. & Co.
Address:   30 N. LaSalle, Suite 1232
               Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| A.M. CASTLE & CO., | Case No. 17-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| W.B. & CO<br>30 N. LaSalle Street, Suite 1232<br>Chicago, IL 60602 | Common | 9,851,527 | |
| Osterweis Capital Management, LLC<br>One Maritime Plaza, #800<br>San Francisco, CA 94111 | Common | 2,247,119 | |
| Royce & Associates, LP<br>745 Fifth Avenue<br>New York, NY 10151 | Common | 1,737,004 | |
| Stone House Capital Management, LLC<br>950 Third Avenue<br>New York, NY 10022 | Common | 1,626,582 | |
| Platinum Equity Advisors, LLC<br>360 N. Crescent Dr.<br>Beverly Hills, CA 90210 | Common | 1,397,428 | |
| Balasa Dinverno & Foltz, LLC<br>500 Park Blvd., Suite 1400<br>Itasca, IL 60143 | Common | 620,614 | |
| Ironwood Investment Management, LLC<br>200 State Street<br>Boston, MA 02109 | Common | 248,784 | |
| Scott Dolan<br>Redacted | Common | 238,265 | |
| Columbia Threadneedle Investments<br>Columbia Management Investment | Common | 162,009 | |

1

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Services, Corp. PO Box 8081 Boston, MA 0226-8081 | | | |
| Grace & White, Inc. 515 Madison Avenue #1700 New York, NY 10022 | Common | 138,908 | |
| Michael Sheehan Redacted | Common | 135,323 | |
| Bridgeway Capital Management, Inc. 20 Greenway Plaza Houston, TX 77046 | Common | 121,400 | |
| Dimensional Fund Advisors, L.P. Dimensional Place 6300 Bee Cave Road, Building One Austin, TX 78746 | Common | 93,449 | |
| Pamela Lieberman Redacted | Common | 85,340 | |
| Steven Scheinkman Redacted | Common | 72,500 | |
| Brian Anderson Redacted | Common | 69,894 | |
| Richard Burger Redacted | Common | 35,323 | |
| Howard Brownstein Redacted | Common | 31,839 | |
| Patrick Anderson Redacted | Common | 30,345 | |
| Cacti Asset Management, LLC 3655 Peachtree Road, Suite 101 Atlanta, GA 30319 | Common | 29,000 | |

**Fill in this information to identify the case:**

Debtor name   **A.M. Castle & Co.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐   *Schedule H: Codebtors (Official Form 206H)*
☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
■   Other document that requires a declaration     **Corporate Ownership Statement, List of Equity Holders**, Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06|18|2017     x *Patrick R. Anderson*
                                    Signature of individual signing on behalf of debtor

                                    **Patrick R. Anderson**
                                    Printed name

                                    **Chief Financial Officer**
                                    Position or relationship to debtor