IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KEYSTONE TUBE COMPANY, LLC, | ) | Case No. 17-11330 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 2** |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| A.M. CASTLE & CO., | ) | Case No. 17-11331 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HY-ALLOY STEELS COMPANY, | ) | Case No. 17-11332 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KEYSTONE SERVICE, INC., | ) | Case No. 17-11333 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TOTAL PLASTICS, INC., | ) | Case No. 17-11334 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors

and debtors in possession (collectively, the "Debtors") seeking entry of an order (this "Order")

pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 authorizing and directing the joint

administration of the Debtors' related chapter 11 cases for procedural purposes only; all as more

---

[1]  Capitalized terms not defined herein retain the meaning assigned to them in the Motion.

fully set forth in the Motion; and upon the First Day Declaration; and this Court having

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing*

*Order of Reference* from the United States District Court for the District of Delaware, dated

February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the

United States Constitution; and this Court having found that venue of this proceeding and the

Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having

found that the relief requested in the Motion is in the best interests of the Debtors' estates, their

creditors, and other parties in interest; and this Court having found that the Debtors' notice of the

Motion and opportunity for a hearing on the Motion were appropriate under the circumstances

and no other notice need be provided; and this Court having reviewed the Motion and having

heard the statements in support of the relief requested therein at a hearing before this Court (the

"Hearing"); and this Court having determined that the legal and factual bases set forth in the

Motion and at the Hearing establish just cause for the relief granted herein; and the Court finding

that: (a) the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy

Code; (b) the joint administration of the Debtors' cases for procedural purposes is appropriate

pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1; and upon all of the proceedings

had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.    The Motion is hereby granted as set forth herein.

2.    The above-captioned chapter 11 cases are hereby consolidated for

procedural purposes only and shall be jointly administered by this Court. Nothing contained in

this Order shall be deemed or construed as directing or otherwise effecting a substantive

2

consolidation of the captioned cases, and this Order shall be without prejudice to the rights of the

Debtors to seek entry of an order substantively consolidating their respective cases.

3.    The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KEYSTONE TUBE COMPANY, LLC, et al.,[1] | ) | Case No. 17-11330 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Keystone Tube Company, (8746); A.M. Castle & Co. (9160); HY-Alloy Steels Company (9160); Keystone Service, Inc. (9160); and Total Plastics, Inc. (3149).   The location of the Debtors' headquarters and service address is 1420 Kensington Road, Suite 220, Oak Brook, IL 60523.

4.    In addition, the Debtors request that the Court direct the Clerk to make a

notation substantially similar to the following on the docket of each Debtor:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below for procedural purposes only. The docket in Case No. 17-11330 (LSS) should be consulted for all matters affecting this case.  The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order:  A.M. Castle & Co., Case No. 17-11331 (LSS); HY-Alloy Steels Company, Case No. 17-11332 (LSS); Keystone Service, Inc., Case No. 17-11333 (LSS); and Total Plastics, Inc., Case No. 17-11334 (LSS).

5.    The Debtors are authorized to take all actions necessary to effectuate the

relief granted in this Order in accordance with the Motion.

3

6.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: *June 20*, 2017

Honorable Laurie Selber Silverstein
United States Bankruptcy Judge

4